IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIWANIS MIYO JONES, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:10-cv-0523-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #19) filed on July 25, 2012 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #18) entered on July 5, 2012 is adopted;

(3) The 28 U.S.C. § 2255 motion is DENIED and this case is DISMISSED with prejudice.

DONE this the 1st day of August, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE